IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JONATHAN JONES and
CHRISTOPHER MAXWELL                                                              PLAINTIFFS


v.                                      Case No. 4:16-cv-4042


DUANE LIVINGSTON TRUCKING, INC.                                                  DEFENDANT


## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant. ECF No. 16. Plaintiffs have responded. ECF. No. 23. The Court finds that this matter is ripe for the Court's consideration. For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 16) should be and hereby is **GRANTED**. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, on this 27th day of June, 2017.


                                                                             /s/ Susan O. Hickey
                                                                             Susan O. Hickey
                                                                             United States District Judge