IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JONATHAN JONES and
CHRISTOPHER MAXWELL                                                      PLAINTIFFS

vs.                                    NO. 4:16-cv-4042

DUANE LIVINGSTON TRUCKING, INC.                                          DEFENDANT

### NOTICE OF APPEAL AND DESIGNATION OF RECORD

Notice is hereby given that Plaintiffs appeal the summary judgment of the trial court in this cause to the United States Court of Appeals. They designate the entire record on file with the Court Clerk. Plaintiffs have paid their $505.00 cost for appeal online.

This appeal is not taken for delay but that justice be done.

Respectfully submitted,

JONATHAN JONES and CHRISTOPHER MAXWELL, PLAINTIFFS

By:   */s/ Charles Sidney Gibson*
      Charles Sidney Gibson – ABN: 70027
      Gibson Law Office
      P.O. Box 510
      Dermott, AR  71638
      (870) 538-3288
      (870) 538-5029 Facsimile
      charlessidneygibson@yahoo.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Richard N. Watts
richard.watts@wdt-law.com

      I hereby certify that on July 11, 2017, I mailed the document and a copy of the Notification of Electronic Filing by regular first class mail to the following non CM/ECF participants:

Hon. Susan O. Hickey, U.S. District Judge
101 S Jackson Ave., Rm 219
El Dorado, AR  72901

                                      */s/ Charles Sidney Gibson*
                                      Charles Sidney Gibson